UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Edgar Santiago-Vazquez, AKA Mili, Militar and Ruben Miguel Torres-Reyes,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 25-215 (GMM)<br>VIOLATIONS:<br><br>18 U.S.C. § 922(g)(1)<br><br>(Two Counts & Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

On or about April 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**Edgar Santiago-Vazquez, AKA Mili, Militar,**

the defendant herein, knowing that he had been convicted previously of a crime punishable by at least one year of imprisonment, did knowingly and intentionally possess firearms and ammunition; to wit, one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

## COUNT TWO
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about April 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**Ruben Miguel Torres-Reyes,**

the defendant herein, knowing that he had been convicted previously of a crime punishable by at least one year of imprisonment, did knowingly and intentionally possess firearms and ammunition; to wit, one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

### FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of any of the offenses set forth in Counts One and Two this Indictment, the defendant herein, **Edgar Santiago-Vazquez, AKA Mili, Militar, and Ruben Miguel Torres-Reyes,** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense,

including one (1) Glock pistol, model 23, .40 caliber, serial number TPR-337, one (1) Glock pistol, model 22C, .40 caliber, serial number FZT-182, (1) black and tan multicaliber Patriot AR-15 style pistol with no serial number, one (1) black multicaliber AR-15 style pistol with no serial number, and multiple rounds of ammunition of different calibers.

W. Stephen Muldrow
United States Attorney

TRUE BILL

_____
Teresa Zapata Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

FOREPERSON

Date: April-30-2025

_____
R. Vance Eaton
Assistant United States Attorney
Gang Section